FILED
CLERK, U.S. DISTRICT COURT

June 21, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar of Judge SUNSHINE SUZANNE SYKES | ORDER OF THE CHIEF JUDGE<br><br>22-103 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sunshine Suzanne Sykes,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge André Birotte, Jr. to the calendar of Judge Sunshine Suzanne Sykes:

| | |
|---|---|
| 2:20-cv-00924-AB-RAOx | Aaron Glazier v. County of Los Angeles, et al. |
| 2:21-cv-00711-AB-PVCx | Hayk Bezirganyan v. BMW of North America |
| 2:21-cv-01269-AB-Ex | Tyler Development Corporation v. Hudson Specialty Insurance Company |
| 2:21-cv-03919-AB-MAAx | Esmeralda Revuelta v. Walmart Inc., et al. |
| 2:21-cv-04384-AB-ADS | Timothy Young v. Ron Broomfield |
| 2:21-cv-07877-AB-JPRx | Hyphy Music, Inc. v. Larry Hernandez, et al. |
| 2:22-cv-01077-AB-AFMx | Novarad Corporation v. Novasignal Corp. |
| 2:22-cv-01724-AB-JPRx | Alyce Fogarty v. 360 Degree Customer, Inc., et al. |
| 2:22-cv-02293-AB-ASx | The Continental Insurance Company v. Expeditors International of Washington, Inc., et al. |
| 2:22-cv-02766-AB-DFM | Kevin Christopher Livas v. Kilolo Kijakazi |
| 2:22-cv-03166-AB-Ex | Beverly Hills Regional Center, L.P. v. National Elevator Industry Health Benefit Plan, et al. |
| 2:22-cv-03171-AB-PLAx | Deondre Raglin v. Lumier, LLC |

In the Matter of the
Creation of Calendar for
District Judge Sunshine Suzanne Sykes                                                                    2
_____

       2:22-cv-03472-AB-MAAx    Golnaz Mosallaei v. Merrick B. Garland, et al.

       2:22-cv-03488-AB-JEMx    Sam Benford v. WWS Pier LLC, et al.

     On all documents subsequently filed in the case, please substitute the Judge initials SSS after the case number in place of the initials of the prior Judge.

DATED: June 21, 2022                    _____
                                                   Chief Judge Philip S. Gutierrez